UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Frederick H. Mesmer, III,

        Plaintiff,

vs.                                                  Case No.  3:10-cv-478-J-99MCR

Nite Hawk Offshore, Inc. et al.,

        Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court *sua sponte.* On December 2, 2010, Plaintiff filed a Motion for Final Default Judgment. (Doc. 11). In said Motion, Plaintiff seeks an award of attorneys' fees and costs.

In the Eleventh Circuit, attorneys' fees are calculated under a "lodestar" formula by multiplying the number of hours reasonably expended by a reasonable hourly rate. Loranger v. Stierheim, 10 F.3d 776, 781 (11th Cir. 1994). The Florida Supreme Court has also adopted the lodestar approach for the computation of reasonable attorney's fees. See Florida Patient's Compensation Fund v. Rowe, 472 So. 2d 1145, 1150 (Fla. 1985). An attorney's reasonable hourly rate is "the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." Norman v. Housing Authority of City of Montgomery, 836 F.2d 1292, 1299 (11th Cir. 1988) (citing Blum v. Stenson, 465 U.S. 886, 895-96 n. 11, 104 S.Ct. 1541, 1547 n. 11 (1984)). A reasonable number of hours spent should

exclude those hours which are excessive, redundant, or otherwise unnecessary.  Id. at 1301 (citing Hensley v. Eckerhart, 461 U.S. 424, 434, 103 S.Ct. 1933 (1983)).  As the Eleventh Circuit noted:

> "the court ... is itself an expert on the question [of attorney's fees] and may consider its own knowledge and experience concerning reasonable and proper fees and may form an independent judgment either with or without the aid of witnesses as to value."

Id. at 1303 (quoting Campbell v. Green, 112 F.2d 143, 144 (5th Cir. 1940)).

Here, Plaintiff failed to present the Court with detailed billing records in support of his request for attorneys fees and costs.  Therefore, the Court is unable to determine a whether the amount of requested is reasonable.  Accordingly, it is

**ORDERED:**

Plaintiff shall provide the Court with detailed billing records in support of his request for attorneys' fees and costs no later than **Monday, March 7, 2011.**

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  23rd  day of February, 2011.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

Donald M. Rynn
5865 Datil Pepper Road
Saint Augustine, FL 32086