### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

FREDERICK H. MESMER, III,

        Plaintiff,

vs.                              Case No. 3:10-cv-478-J-99TJC-MCR

NITE HAWK OFFSHORE, INC., a
Florida corporation, and DONALD
M. RYNN, an individual;

        Defendants.

_____

### <u>ORDER</u>

This case is before the Court on the United States Magistrate Judge's March 14, 2011 Report and Recommendation (Doc. 21) recommending that Plaintiff's Motion for Default Judgment against Defendants (Doc. 11) be granted in part and denied in part.  Specifically, the Report concludes that final default judgment is appropriate, that Plaintiff should be awarded $3,389.37 in medical costs, and that Plaintiff is entitled to attorney's fees in the amount of $2,630.95 and costs in the amount of $630.  Doc. 21 at 2, 4-6.  No party has filed any objections to the Report, and the time in which to do so has now passed.  Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation (Doc. 21), it is hereby

**ORDERED**:

      1.    The Report and Recommendation of the Magistrate Judge (Doc. 21) is

**ADOPTED** as the opinion of the Court.

2.     Plaintiff's Motion for Default Judgment (Doc. 11) is **GRANTED in part** and **DENIED in part** as stated in the Report and Recommendation.

3.     The Clerk is directed to enter a default judgment in favor of plaintiff, FREDERICK H. MESMER, III, and against defendants NITE HAWK OFFSHORE, INC., and DONALD M. RYNN, jointly and severally, in the amount of $6,650.32, which sum shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

4.     Thereafter, the Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of April, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

jmm
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record

Donald M. Rynn
5865 Datil Pepper Road
Saint Augustine, FL 32086